UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.  05-2025 (RHK/AJB) |
| Plaintiff, | |
| v. | **O R D E R** |
| JAMES M. BROWN, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 31, 2005, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED**:

1.  The Report and Recommendation (Doc. No. 10) is **ADOPTED**; and

2.  The petition to determine the mental status of respondent James Brown (Doc. No. 1) is **GRANTED** and that respondent be committed to the custody of the Attorney General for the care and treatment of his mental illness in a suitable facility like FMC Rochester until he is no longer in need of treatment or until the expiration of his sentence, whichever occurs earlier.

Dated:  November 14, 2005

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge

CASE 0:05-cv-02025-RHK-AJB   Document 11   Filed 11/14/05   Page 2 of 2